```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
GHANAR and DOWLET PERSAD, GOURMET
NUTS AND SWEETS, and 874 BEECH
STREET HOLDING CORP.,

                         Plaintiffs,
                                                    ORDER
         -against-                                  13-CV-6876(JS)(ARL)

STANDARD FIRE INSURANCE COMPANY,

                         Defendant.
----------------------------------------X
APPEARANCES
For Plaintiff:      Sean Greenwood, Esq.
                    Gauthier Houghtaling and Williams
                    52 Duane Street, 7th Floor
                    New York, NY 10007

For Defendants:     No appearances.
```

SEYBERT, District Judge:

Presently before the Court is Magistrate Judge Gary R. Brown's sua sponte Report & Recommendation (R&R), dated March 18, 2014, which recommends that "the claims of all but the first plaintiff . . . be dismissed without prejudice to refiling in a manner consistent with this Court's Case Relation Rule." The Court hereby ADOPTS the R&R in its entirety. The claims of plaintiffs Gourmet Nuts and Sweets and 874 Beech Street Holding Corp. are DISMISSED WITHOUT PREJUDICE to refiling as separate actions.

                              SO ORDERED.

                              /s/ JOANNA SEYBERT
                              Joanna Seybert, U.S.D.J.

Dated:   April  4 , 2014
         Central Islip, NY